# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff, | Case Number: 07-12209 |
| | Honorable: Robert H. Cleland |
| | Magistrate: Paul J. Komives |
| | Claim Number: C99-06549 |
| PIERRETTE HANKINS,<br>                    Defendant, | |

| | |
|---|---|
| PAMELA S. RITTER<br>Attorney for Plaintiff<br>Holzman Ritter & Leduc PLLC.<br>28366 Franklin Road<br>Southfield, MI  48034<br>(248) 352-4340<br>usa@holzmanlaw.com<br>P47886 | PIERRETTE HANKINS<br>In Pro Per Defendant<br>23531 Marlow<br>Oak Park, MI 48237 |

## ORDER FOR ENTRY OF CONSENT JUDGMENT

Upon the stipulation of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the UNITED STATES OF AMERICA, and against PIERRETTE HANKINS, in the principal amount of **$3,074.81 for Claim C99-06549,** plus prejudgment interest from the date of default of date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, for a total balance owing as of August 31, 2007 **$7,290.71.**

IT IS FURTHER ORDERED that the Defendant, PIERRETTE HANKINS, may satisfy said Judgment by making monthly payments of $65.00 beginning September 15, 2007. Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 31, 2007, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522